IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE** |
| v. | ) ) ) | |
| Continental Resources, Inc. | ) ) | Case No. 4:11-po-00004-CSM |

John D. Russell, an attorney for Continental Resources, Inc., moves the court pursuant to D.N.D. Gen, L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Oklahoma |
| Firm Address: | Fellers Snider Blankenship Bailey & Tippens, P.C.<br>The Kennedy Building<br>321 South Boston, Suite 800<br>Tulsa, OK 74103-3318 |
| Telephone Number: | 918-599-0621 (office) |
| E-mail Address: | jrussell@fellerssnider.com |
| Legal Training: | University of Oklahoma, JD with Distinction 1988 |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | Oklahoma (13343)<br>District of Columbia (419375)<br>U. S. Tax Court<br>U.S. Court of Appeals, 10th Circuit<br>USDC, District of Columbia<br>USDC, NDOK<br>USDC, EDOK<br>USDC, WDOK |
| Trial Experience: | Trial Attorney, U.S. Department of Justice, Tax Division, |

|  | Washington, DC |
|---|---|
|  | Assistant U.S. Attorney, ND OK, prosecuted white collar criminal cases |
|  | Fellers Snider Blankenship Bailey & Tippens, P.C.: Represent clients in civil and criminal litigation in state and federal courts, including bench and jury trials |
| Disciplinary Actions: | None |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 15th day of September, 2011.

_____
John D. Russell

09812/6338