UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

United States of America

-vs-                                                                                          Criminal Case:  4:11-po-4

Continental Resources Inc.

CLERK'S MINUTES OF HEARING

Hon. Charles S. Miller, Jr.                              Date: September 22, 2011
Bismarck, North Dakota                                Time:  1:30 PM
Court Reporter: SE                                       Clerk:  Candace M. Schafer, CLA
Proceedings:   IA/ARR                                USPO: none present


APPEARANCES: Gary Delorme                  John Russell, Richard Kyle, Jr.
                                                                      Lawrence Bender

(Hrg held in conjuction with 5 other cases)
Dft advised of rights
Dft advised of possibility of right to jury trial
Dft advised of possibility of right to proceed before an Article III judge
Dft has received copy of information
Dft waives reading of information
Dft advised of charges; maximum penalties
Dft pleads not guilty
Dft consents to proceed before the magistrate judge
Dft reserves decision re request for jury trial
Request for jury trial must be filed within 10 days
Dft requests separate trial
Court sets motion deadlines
Trial date will be set
Discussion re estimated length of trial
Recess 2:06 PM