**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-po-002 |
| | ) | |
| ConocoPhillips Company, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-po-003 |
| | ) | |
| Fidelity Exploration and Production Company, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-po-004 |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-po-005 |
| | ) | |
| Brigham Oil and Gas, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:11-po-006 |
| | ) | |
| Petro Hunt, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:11-po-009 |
| | ) | |
| Newfield Production Company, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR BRIEFING SCHEDULE**

The parties in the above-captioned matters made their initial appearances in the respective matters before this court on September 22, 2011.  The following shall be the pretrial schedule:

1. The parties shall advise the court in writing, if they have not already done so on the record, within ten (10) days if they wish to consent to the trial, entry of judgment, and sentencing by a magistrate judge.

2. The parties shall also advise the court within ten (10) days whether they want a jury trial with any briefing on the right to jury trial to be in accordance with the schedule set forth below.

3. Pretrial motions to dismiss are due on October 25, 2011 along with briefs on the issue of whether there is a right to a jury trial if one has been demanded.

   Response briefs are due on November 8, 2011, and reply briefs are due on November 18, 2011.

4. During the initial appearances, the court stated that motions to suppress were also due on October 25, 2011, but, upon further reflection, the deadline for filing suppression motions and all other pretrial motions will be 30 days prior to trial, which is automatically extended if the trial date is changed.  This will allow the parties sufficient opportunity to conduct any necessary discovery prior to the filing of the motions.

Dated this 22nd day of September, 2011.

               */s/ Charles S. Miller, Jr.*
               Charles S. Miller, Jr., Magistrate Judge
               United States District Court